# MOUND COTTON WOLLAN & GREENGRASS LLP

COUNSELLORS AT LAW
ONE NEW YORK PLAZA
NEW YORK, NY 10004-1901

NEW YORK, NY
FLORHAM PARK, NJ
GARDEN CITY, NY
SAN FRANCISCO, CA
FORT LAUDERDALE, FL
HOUSTON, TX

(212) 804-4200
FAX: (212) 344-8066
WWW.MOUNDCOTTON.COM

LLOYD A. GURA
PARTNER
516-417-5782
LGura@moundcotton.com

June 27, 2025

**VIA PACER**
Clerk of the Court
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 830
Central Islip, New York 11722

    Re:    Bay Shore Union Free School District v. The Hartford Insurance Group, et al.
              Civil Action No.: 1:25-cv-02440

Dear Sir/Madam:

    This office represents Defendants The Hartford Insurance Group, Inc., Hartford Fire Insurance Company, Hartford Accident and Indemnity Company, Hartford Casualty Insurance Company, New York Underwriters Insurance Company, and Twin City Fire Insurance Company (the "Hartford Defendants") in this matter. Hartford Defendants' response to Plaintiff's Complaint is due on or before July 7, 2025. Pursuant to Administrative Order No. 2023-23, paragraph (4), the Hartford Defendants write to notify the Court of its intention to file a Motion to Dimiss under Federal Rule of Civil Procedure 12(b) on or before July 7, 2025.

                                 **MOUND COTTON WOLLAN & GREENGRASS, LLP.**

                                 By:    *s/ Lloyd A. Gura*